# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BRH-GARVER CONSTRUCTION, LLC,

CASE NUMBER: 1:22-cv-01449

V.

ASSIGNED JUDGE: Honorable Joan B. Gottschall

BANKFINANCIAL, N.A.,

DESIGNATED MAGISTRATE JUDGE: Honorable Maria Valdez

TO: (Name and address of Defendant)

BankFinancial, N.A.'s
21110 South Western Avenue,
Olympia Fields, Illinois, 60461

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Trevor Illes
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



April 1, 2022

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　Date　　　　　　　　　*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**  

Case #: 1:22-cv-01449

**BRH-Garver Construction, LLC**

Plaintiff

**vs.**

**Bankfinancial, N.A.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Amended Complaint; Exhibit(s)**

| | |
|---|---|
| PARTY SERVED: | **BANKFINANCIAL, N.A.** |
| PERSON SERVED: | **DENETHA SMITH, BANK/CLIENT REP II** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **04/04/2022 at 11:36 AM** |
| ADDRESS, CITY AND STATE: | **21110 S WESTERN AVE, OLYMPIA FIELDS, IL 60461** |
| DESCRIPTION: | Race: **Black**   Sex: **Female**   Age: **30+**  |
| | Height: **5'5"**   Weight: **135+**   Hair: **Black**   Glasses: **No** |

I declare under penalties of perjury that the information contained herein is true and correct.

SUBSCRIBED AND SWORN to before me on the 4th day of April, 2022.

Signature: _Anna Canole_  
Anna Canole  
Registration No: 117-001119

*Joan C. Harenberg*

**OFFICIAL SEAL**  
**JOAN C HARENBERG**  
NOTARY PUBLIC, STATE OF ILLINOIS  
MY COMMISSION EXPIRES: 04/28/2025



**Judicial Attorney Services, Inc.** 2100 Manchester Rd., Ste 503-2  Wheaton, IL 60187, (630) 221-9007

CLIENT: **Benesch Friedlander Coplan & Aronoff LLP**            Job #: **489248**  
FILE #: